

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00175-CV

In the **INTEREST OF A.J.P.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02469
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that no costs shall be assessed against appellant, Felicia T., because she is indigent.

SIGNED July 16, 2014.

_____
Luz Elena D. Chapa, Justice